

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VIRGINIA CISNEROS, | § | No. 08-21-00048-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| AUGUSTIN PUENTES, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1100) |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the District Clerk of El Paso County, Texas, to submit a supplemental clerk's record containing all documents filed in cause number 2005CM3524, which shall include the Final Decree of Divorce and the Amended Decree of Divorce. The supplemental clerk's record is due with this Court on or before December 6, 2022.

IT IS SO ORDERED this 29th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.